UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE MARTHA,

      Plaintiff,

    v.

DARA KOHSROWSHAHI,

      Defendant.

Case No.  26-cv-04947-AGT

**SCREENING ORDER**

Re: Dkt. No. 1

Having granted George Martha's application to proceed *in forma pauperis*, the undersigned now screens Martha's complaint under 28 U.S.C. § 1915(e)(2)(B) and concludes that the complaint is deficient, for the reasons identified below.

Martha alleges that he purchased a car, hoping to work as an Uber driver. Dkt. 1 at 3. After doing so, however, he alleges he learned that he could not drive for Uber because of his conviction history. *Id.* Martha is now struggling to afford the payments associated with the car. *Id.* at 7. He seeks to bring claims for discrimination against Uber's chief executive officer, Dara Kohsrowshahi, and damages of $5,000,000. *Id.* at 8–9.

First, Martha must allege violations of more specific provisions of law and must not refer or rely on general legal principles. He alleges that his cause of action is discrimination and cites Title VII, for example, and "selected Supreme Court decisions, 2000–2023," apparently followed by a list of case names. Dkt. 1 at 6–8. In the absence of any specific citation to authority, the Court cannot understand what specific provisions of law that Martha alleges

the defendant violated.

Next, Martha doesn't specifically allege any conduct by the only defendant, Dara Kohsrowshahi. Much of Martha's complaint is devoted to allegations regarding lending practices at the car dealership where Martha purchased the car. *See* dkt. 1 at 4. That conduct cannot be attributed (at this point) to Dara Kohsrowshahi.

To address the deficiencies in the complaint, for each separate claim, Martha must allege a short and plain statement of the actions of the defendant, which laws were violated by those actions, and the harm suffered by Martha arising from those actions. Martha must do his best to cite specific provisions of the laws, and cannot rely on general principles of law found in federal statutes and regulations.

Martha may file an amended complaint, on or before **July 17, 2026**. If Martha doesn't do so, or if he files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss this case.

**IT IS SO ORDERED.**

Dated: June 26, 2026

Alex G. Tse
United States Magistrate Judge

2