UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

GEORGE MARTHA,

Plaintiff,

v.

DARA KOHSROWSHAHI,

Defendant.

Case No. 26-cv-04947-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM**

Re: ECF No. 15

The Court has reviewed Magistrate Judge Alex G. Tse's report and recommendation to dismiss Plaintiff George Martha's complaint, without leave to amend, for failure to state a claim. ECF No. 15. The 14-day period for objections to the report has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds Judge Tse's report to be correct, well-reasoned, and thorough, and adopts it in every respect. Martha's complaint is dismissed without leave to amend.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 16, 2026

JON S. TIGAR
United States District Judge